UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| PAUL C. HAMILTON,<br><br>                Petitioner,<br>  v.<br>JAMES A. YATES, Warden,<br><br>                Respondent. | ED CV 10-01461-CBM (SH)<br><br>JUDGMENT |

    Pursuant to the Order of the Court adopting the final conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 2/7/2011

                                          CONSUELO B. MARSHALL<br>
                                          UNITED STATES DISTRICT JUDGE